In re Gary L. DETEMPLE, Debtor.

Gary L. Detemple, Plaintiff–Appellant,

v.

Mark D. Panepinto, successor to United National Bank, successor to Fed One Bank; United National Bank; West Virginia Department of Tax and Revenue; B.K. Watts, Unit Manager, Internal Auditing Division, in his individual capacity; United States Department of Justice; Rita R. Valdrini, in her individual capacity, Defendants–Appellees,

and

Debra A. Wertman, Trustee, Trustee.

No. 01–2408.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2002.

Decided Aug. 23, 2002.

Gary L. DeTemple, Appellant Pro Se. Mark D. Panepinto, Wheeling, West Virginia; George James Anetakis, Weirton, West Virginia; David L. Bissett, Joseph M. Palmer, B.K. Watts, State of West Virginia, Charleston, West Virginia; Rita R. Valdrini, Assistant United States Attorney, Helen Campbell Altmeyer, Office of the United States Attorney, Wheeling, West Virginia, for Appellees.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Gary L. DeTemple appeals the district court's order denying his motion to reconsider a prior order affirming the bankruptcy court's order dismissing his complaint. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *DeTemple v. Panepinto,* Nos. CA–00–63–5; BK–99–5086 (N.D.W.Va. Oct. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*